344 A.2d 463
**COMMONWEALTH of Pennsylvania, Appellee,**
v.
**Albert Andrew FORD, Appellant.**

Supreme Court of Pennsylvania.

Argued April 9, 1975.

Decided Oct. 3, 1975.

James J. DeMarco, DeMarco & Carrafiello, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

**PER CURIAM:**

This is an appeal from the denial of relief under the Post Conviction Hearing Act.* The only claim not waived or finally litigated by appellant's direct appeal, *Commonwealth v. Ford*, 451 Pa. 81, 301 A.2d 856 (1973), is ineffective assistance of counsel. Our review of the record reveals this claim to be without merit. See *Commonwealth ex rel. Washington v. Maroney*, 427 Pa. 599, 235 A.2d 349 (1967). Order affirmed.

* Post Conviction Hearing Act of January 25, 1966, P.L. (1965) 1580, 19 P.S. § 1180 (Supp.1975).